

# NUMBER 13-18-00475-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JASON ROSALEZ,                                                      Appellant,

v.

THE STATE OF TEXAS,                                                Appellee.

### On appeal from the County Court
### of San Patricio County, Texas.

## ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Contreras and Justices Benavides and Hinojosa
Order Per Curiam**

This cause is currently before the Court on appellant's third unopposed motion for extension of time to file the brief. Appellant's brief was originally due to be filed December 6, 2018. This Court has previously granted appellant two extensions of time totaling 125 days to file the brief, and appellant now seeks an additional 60 days, until June 10, 2019, to file the brief.

The Court GRANTS appellant's third unopposed motion for extension to file the brief and ORDERS the Honorable Sandra A. Eastwood to file the brief on or before June 10, 2019. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of April, 2019.

2